

**Group Five Legal LLP**
99 Wall Street, Suite 1200
New York, NY 10005
https://groupfivelegal.com/

April 7, 2026

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
Room 203, Courtroom 1506
New York, New York 10007

Re: Style Chicks, LLC v. Witz Industries LLC dba Witz Group and Crosstech, Enterprises LLC
(Case No.: 1:26-cv-01047-RA)

Dear Judge Abrams:

We write on behalf of Defendants Witz Industries LLC d/b/a Witz Group and Crosstech Enterprises LLC, with the consent of Plaintiff's counsel, to respectfully request an adjournment of the conference currently scheduled for April 10, 2026.

Counsel for Defendants, Nadav Zamir, is currently suffering from two herniated discs and is waitlisted for an epidural cortisone injection. Due to the Passover holiday, Mr. Zamir has been and will remain out of the office without access to his phone or computer until the evening of April 9, 2026, the night before the scheduled conference. As a result, he cannot confirm whether the procedure will be scheduled for April 10, 2026. Under ordinary circumstances, he would receive at least 24 hours' notice of such scheduling, but he is unable to do so here.

In addition, the only other attorney in Defendants' office admitted in New York, Ben Yeamans, is unavailable this week due to the Passover holiday and will be on a previously scheduled family vacation through April 10, 2026.

Accordingly, Defendants respectfully request that the Court adjourn the conference to a date during the following week, or at the Court's convenience.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Nadav Zamir
Nadav Zamir
Counsel for Witz Industries LLC d/b/a Witz Group and Crosstech Enterprises LLC

cc: All Counsel of Record

Application granted. The conference previously scheduled for April 10, 2026
is hereby adjourned to April 17, 2026 at 11:00 a.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 8, 2026

1
Group Five Legal