UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

STYLE CHICKS, LLC,

                  Plaintiff,

v.

MAD HIPPIE, LLC, WITZ INDUSTRIES
LLC dba WITZ GROUP and CROSSTECH
ENTERPRISES LLC

                  Defendants

-------------------------------------------------------------- X

**1:26-cv-01047**

**Order**

Upon Defendant Witz Industries LLC d/b/a Witz Group's and Crosstech Enterprises LLC motion

pursuant to Rule 55(c) of the Federal Rules of Civil Procedure to set aside the Clerk's entry of

default, and upon all papers submitted in support of and in opposition to the motion, if any, it is

hereby ORDERED that:

1. the motion is GRANTED;

2. the Clerk's entries of default as to Defendants Witz Industries LLC d/b/a Witz Group and

   Crosstech Enterprises LLC are VACATED; and

3. Defendants Witz Industries LLC d/b/a Witz Group and Crosstech Enterprises LLC's

   proposed Answer and Affirmative Defenses, attached as **Exhibit A** to the motion, shall be

   deemed served and filed as of the date of this Order.

SO ORDERED.

Dated: New York, New York,

April 17, 2026

_____
HON. RONNIE ABRAMS
United States District Judge